IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MADISON RIVER MANAGEMENT )
COMPANY,                  )
                          )
     Plaintiff,           )
                          )
     v.                   )     1:03CV00379
                          )
BUSINESS MANAGEMENT SOFTWARE )
CORPORATION, a/k/a BMS,   )
                          )
     Defendant.           )

O R D E R

Upon motion of local counsel George W. (Trey) Aycock, III, and without objection from remaining counsel for Defendant and for good cause shown, Mr. Aycock should be relieved of all further obligations in this proceeding in this court.

The documents filed by Defendant on September 25, 2006, are lacking the signature of local counsel. Thus, an insufficient filing occurred. The court will allow the filing to be made sufficient for this time, but hereafter all filings must be accompanied by signatures of local counsel. Without compliance with the local rules, such filings and appearances will hereafter be stricken.

The court having reviewed the motion and brief urging a stay order on the petition for attorney fees and a bill of costs finds no sufficient reason to stay the consideration of the petition.

IT IS THEREFORE ORDERED that George W. (Trey) Aycock, III be and he is hereby relieved of further obligations in the proceeding pending in this court.

IT IS FURTHER ORDERED that the request for a stay on the petition for fees and a bill of costs [Doc. No. 176], pending consideration of the matter which has been appealed, should be and is hereby denied.

IT IS FURTHER ORDERED that all future filings by Defendant shall comply with general and local rules.

This the 28th day of September 2006.

                                                */s/ William L. Osteen*
                                                United States District Judge